# EXHIBIT B

**U.S. Patent No. US 8,938,799 v. Wazuh, Inc.**

1

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [14.P]    A security subsystem configurable between a network and a host of an endpoint, the security subsystem comprising computing resources for providing: | Wazuh, Inc (hereinafter referred to as Wazuh) makes, uses, sells, and/or offers to sell a security subsystem configurable between a network and a host of an endpoint, the security subsystem comprising computing resources.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Wazuh provides a Wazuh Extended Detection and Response (XDR) platform (hereinafter, referred to as Wazuh XDR platform) ("security subsystem"), which is a unified security monitoring and protection solution that detects, analyzes, and responds to threats across multiple IT infrastructure layers.<br><br>The Wazuh XDR platform deploys a Wazuh agent on endpoints, including laptops, desktops, servers, cloud instances, and virtual machines within a user organization, to detect and respond to cyber threats across the network ("configurable between a network and a host of an endpoint"). The Wazuh agent deployed on the endpoints communicates to the Wazuh server, and the Wazuh server incorporates threat intelligence sources such as open-source intelligence (OSINT), commercial feeds, and user-contributed data ("computing resources") to process, detect, and respond to threats to the endpoints. |



## Active XDR protection from modern threats

Security subsystem

The Wazuh **Extended Detection and Response (XDR)** platform provides a comprehensive security solution that detects, analyzes, and responds to threats across multiple IT infrastructure layers. Wazuh collects telemetry from endpoints, network devices, cloud workloads, third-party APIs, and other sources for unified security monitoring and protection.

Source: https://wazuh.com/platform/xdr/ (annotated)

## Threat intelligence

Wazuh incorporates threat intelligence feeds to detect and respond to known threats. It integrates with threat intelligence sources, including open source intelligence (OSINT), commercial feeds, and user-contributed data to provide up-to-date information on potential threats.

Source: https://wazuh.com/platform/xdr/ (Refer to section: Threat Intelligence)

3



Source: https://wazuh.com/platform/xdr/ (Refer to section: Universal agent for endpoint protection)

Source: https://wazuh.com/install/ (annotated)

4

## Wazuh agent

The Wazuh agent runs on Linux, Windows, macOS, Solaris, AIX, and other operating systems. It can be deployed to laptops, desktops, servers, cloud instances, containers, or virtual machines. The Wazuh agent helps to protect your system by providing threat prevention, detection, and response capabilities. It is also used to collect different types of system and application data that it forwards to the Wazuh server through an encrypted and authenticated channel.

Source: https://documentation.wazuh.com/current/getting-started/components/wazuh-agent.html

The Wazuh server is the central component responsible for analyzing data collected from Wazuh agents and agentless devices. It detects threats, anomalies, and regulatory compliance violations in real time, generating alerts when suspicious activity is identified. Beyond detection, the Wazuh server enables centralized management by remotely configuring Wazuh agents and continuously monitoring their operational status.

Source: https://documentation.wazuh.com/current/getting-started/components/wazuh-server.html



Source: https://documentation.wazuh.com/current/getting-started/architecture.html

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Wazuh.

6

| [14.1] an open platform for receiving and executing security function software modules from multiple vendors for providing defense functions for protection of the host. | Wazuh provides an open platform for receiving and executing security function software modules from multiple vendors for providing defense functions for protection of the host.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Wazuh XDR platform is an open-source XDR platform, that functions as a single management platform providing security functions such as intrusion detection, malware detection, file integrity monitoring, configuration assessment, vulnerability detection, and support for regulatory compliance ("defense functions") to protect the endpoints ("protection of the host") by incorporating open source intelligence (OSINT) sources such as SURICATA, VIRUS TOTAL, Abuse IPDB, and YARA-CI ("security function software modules") provided by third-party security solutions ("multiple vendors").<br><br>**Open source**<br><br>Wazuh offers several advantages as an open source XDR platform. It is customizable and can be modified to meet specific needs, giving greater flexibility and control over your environment. It has a large community of users and developers who provide support and expertise. Furthermore, it integrates with a broad range of security solutions, allowing you to create a comprehensive security ecosystem.<br><br>Source: https://wazuh.com/platform/xdr/ (Refer to Section: Open Source) |

## Threat intelligence

Wazuh incorporates threat intelligence feeds to detect and respond to known threats. It integrates with threat intelligence sources, including open source intelligence (OSINT), commercial feeds, and user-contributed data to provide up-to-date information on potential threats.

Source: https://wazuh.com/platform/xdr/ (Refer to Section: Threat Intelligence)

## Components

The Wazuh platform provides XDR and SIEM features to protect your cloud, container, and server workloads. These include log data analysis, intrusion and malware detection, file integrity monitoring, configuration assessment, vulnerability detection, and support for regulatory compliance.

Source: https://documentation.wazuh.com/current/getting-started/components/index.html

# Integration with third-party solutions

Wazuh extends its threat detection capability by integrating third-party solutions, and unifying telemetry from various sources to consolidate real-time log data. It ingests telemetry via syslog or APIs from third-party applications, devices, and workloads like cloud providers and SaaS vendors.

Source: https://wazuh.com/platform/xdr/ (Refer to Section: Integration with third-party solutions)

## Open source security ⌃

Wazuh is available at no cost and adopts an **open-source** approach to security, which ensures transparency, flexibility, constant improvement, and free community support. As an open source platform, Wazuh benefits from rapid capability development, offers comprehensive documentation, and fosters high user engagement.

Source: https://wazuh.com/

9



Security function software modules from multiple vendors

Source: https://wazuh.com/platform/xdr/ (Refer to Section: Integration with third-party solutions)

10



Source: https://documentation.wazuh.com/current/getting-started/components/index.html (annotated)

Wazuh offers extensive compatibility and robust integration features that allow users to connect it with other security solutions and platforms. Integrating Wazuh with other security solutions enables users to manage Wazuh data in diverse ways.

Elastic, OpenSearch, and Splunk are software platforms designed for search, analytics, and data management. They are used to collect, index, search, and analyze large volumes of data in real-time and historical contexts.

Amazon Security Lake is a service designed to help organizations collect, manage, and analyze security data from various sources. Its primary purpose is to centralize security data, making it easier to detect, investigate, and respond to security threats.

Source: https://documentation.wazuh.com/current/integrations-guide/index.html

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Wazuh.

11

## 2. List of References

1. https://wazuh.com/platform/xdr/, last accessed on 20 March 2026.
2. https://wazuh.com/install/, last accessed on 20 March 2026.
3. https://documentation.wazuh.com/current/getting-started/components/wazuh-agent.html, last accessed on 20 March 2026.
4. https://documentation.wazuh.com/current/getting-started/components/wazuh-server.html , last accessed on 20 March 2026.
5. https://wazuh.com/, last accessed on 20 March 2026.
6. https://documentation.wazuh.com/current/getting-started/components/index.html, last accessed on 20 March 2026.
7. https://documentation.wazuh.com/current/integrations-guide/index.html, last accessed on 20 March 2026.
8. https://documentation.wazuh.com/current/getting-started/architecture.html, last accessed on 20 March 2026.